WWR#4287982

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA AT INDIANAPOLIS

| | |
|---|---|
| IN RE: | CASE NO. 05-06437 |
| DARREN L. BUNCH | CHAPTER 7 |
| BETH A. BUNCH | JUDGE LORCH |
| DEBTORS | |

HUNTINGTON NATIONAL BANK'S
MOTION FOR RELIEF FROM STAY AND ABANDONMENT
AS TO 2004 CHEVROLET TRAIL BLAZER

Now comes, HUNTINGTON NATIONAL BANK, secured Creditor in the above captioned proceeding, and pursuant to 11 U.S.C. § 362(d), moves this Court for an order terminating the stay and abandoning personal property to enable Creditor to recover and dispose of its collateral: 2004 CHEVROLET TRAIL BLAZER. Support for this Motion is set forth in the following Memorandum. Movant further requests that the stay remains terminated in the event the debtor converts to a different chapter under the Bankruptcy Code. Movant further requests that any order granting this motion also removes the provision for the ten (10) day stay permitted by Rule 4001(a).

WELTMAN, WEINBERG & REIS CO, L.P.A.

Jeannette M. Conrad, (89748) (24581-31)
Karolina F. Perr, (190023) (0066193)
Attorney for Creditor
525 Vine Street, Suite 800
Cincinnati, OH 45202
(513) 723-2200

## MEMORANDUM

1. Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C Section 1334(b) and the general order of reference previously entered in this district.

2. This is a core proceeding under 28 U.S.C Section 157(b)(2)(G).

3. On March 31, 2004, Darren L. and Beth A. Bunch executed one personal loan agreement for the purchase of the following: 2004 CHEVROLET TRAIL BLAZER. Supporting loan documentation and Certificate of Title are attached hereto and made a part hereof.

4. As of the April 12, 2005, Debtors were obligated to HUNTINGTON NATIONAL BANK on said obligation in the amount of $29,329.53. Debtors have not made the required payments and the account is overdue and in default.

5. Secured Creditor would like to exercise its right to accelerate the balance due on this obligation, to repossess its collateral, sell the collateral, and apply the net proceeds to this obligation.

6. The NADA value of said vehicle $29,300.00. There is no equity in the collateral for unsecured creditors.

WHEREFORE, for the reasons stated herein, HUNTINGTON NATIONAL BANK respectfully requests that this Court terminate the stay as to 2004 CHEVROLET TRAIL BLAZER and as to HUNTINGTON NATIONAL BANK to permit secured creditor, its successors and assigns, to accelerate its balance due and exercise its contractual and state law remedies, including repossession of the collateral or foreclosure of the subject mortgage.

Movant further requests that an order be issued wherein the trustee's interest in the subject collateral is abandoned. Movant requests further that the stay remain terminated in the event the debtor converts to a different chapter under the Bankruptcy Code.

WELTMAN, WEINBERG & REIS CO., L.P.A.

Jeannette M. Conrad, (89748) (24581-31)
Karolina F. Perr, (190023) (0066193)
Attorney for Creditor

Acct. No. 4020023645804

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Relief from Stay and Abandonment has been served this 22nd day of April, 2005, via first class U.S. Mail with proper postage affixed thereto.

Richard P. Batesky, Jr.
22 E. Washington Street, Ste. 600
Indianapolis, IN  46204

BETH A. BUNCH
DARREN L. BUNCH
8953 W. Delchar Drive
Edinburgh, IN  46124

Joseph W. Hammes, Trustee
1 Indiana Square, Ste. 1900
Indianapolis, IN  46204

Office of the U. S. Trustee
101 West Ohio Street, Room 1000
Indianapolis, IN  46204

Jeannette M. Conrad, (89748) (24581-31)
Karolina F. Perr, (190023) (0066193)

200409719263 70      200028645804

## INDIANA CERTIFICATE OF TITLE

State Form 9697 (R6/2-02)
Form Approved by State Board of Accounts, 1985
**VEHICLE IDENTIFICATION**

| VEHICLE IDENTIFICATION | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| 1GNDT13S542298347 | 2004 | CHE | T13 | 4W |

| PURCHASE DATE | ISSUE DATE | ODOMETER | LEGEND(S) |
|---|---|---|---|
| 03/31/04 | 04/09/04 | 000053 | *ODOMETER – ACTUAL |

**OWNER(S) NAME AND ADDRESS**

DARREN L & BETH A BUNCH
8953 DELCHAR
EDINBURGH    IN    46124

MAILING ADDRESS

HUNTINGTON NATIONAL BANK
7450 HUNTINGTON PARK DR
COLUMBUS        OH   43235-5687

1st LIEN

HUNTINGTON NATIONAL BANK
7450 HNTNGTN PK DR
2nd LIEN COLUMBUS       OH   43235

**LIEN RELEASES**

First Release by.

| Title | Date (mo., day, yr) |
|---|---|

Second Release by

| Title | Date (mo., day, yr) |
|---|---|

See back for Seller and Purchaser Requirements

### SELLER MUST COMPLETE | PURCHASER'S INFORMATION

We swear or affirm that the information entered on this form is correct. We understand that a false statement may constitute the crime of perjury.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

Odometer Reading (no tenths)
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT actual mileage
WARNING - ODOMETER DISCREPANCY

| Signature of seller | Position | Name of purchaser | | Dealer number |
|---|---|---|---|---|
| | | Address | | |
| Signature of seller | Position | City | State | ZIP code |
| Printed name of seller | | Lienholder | | |
| | | Address | | |
| Printed name of seller | | City | State | ZIP code |
| Date of sale | Selling price $ | Trade in price (if any) $ | Total price paid $ | I am aware of the odometer statements made by seller(s) |
| | | | | Signature of purchaser |

The Commissioner of the Bureau of Motor Vehicles, pursuant to the laws of the State of Indiana, certifies that the vehicle has been duly titled and the owner of the described vehicle is subject to the liens set forth

Printed name of purchaser

| INVENTORY CONTROL NO | COMMISSIONER | TITLE NUMBER |
|---|---|---|
| A8877701 | MARY L. DEPREZ | 04132069004 |

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

# Personal Loan Agreement

Loan No: 03/31/04

This is a loan directly from THE HUNTINGTON NATIONAL BANK to you. The terms "we", "us", and "our" mean the bank. The terms "you" or "your" mean each person signing below. This agreement states the terms of this simple interest rate loan from us to finance your purchase from _____ (the "Seller" which term includes any of its affiliates or agents). If the person to whom you are making a payment is not listed above, the seller is. If you agree to these terms, sign your name below. Each of you is responsible both individually and jointly under this agreement ("joint and several responsibility").

Federal disclosures: The following disclosures are required to be given by federal law.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 6.73 % | $ 7068.38 | $ 32408.50 | $ 39476.88 |

Your payment schedule will be (total payment amount is estimated):

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 548.29 | Monthly beginning 04/30/04 |

**Security:** The loan will be secured by a security interest in the property being purchased.
☐ You are also giving us a security interest in the following personal property: N/A

**Variable rate:** [ ] If this box is checked, this is a variable rate loan, and the following provisions apply...
[faded text]

**Property insurance:** You may obtain property insurance and vendors single interest insurance from anyone that is acceptable to us.
Filing fees: $ N/A

**Late charge:** If a payment is more than 10 days late, you will be charged $25.00
**Prepayment:** If you pay off early, you may have to pay a penalty.
See the other parts of this agreement and any other contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, prepayment penalties, and security interests.

[faded content follows]

Itemization of amount financed...

1. To Seller on your behalf $ 32368.50
   ...
   (a) Price of property purchased $ 39432.84
   ...
   (b) Less down payment $ 18759.64
       (i) Cash $ 3000.00
       (ii) Trade-in value $ 19989.64
       Description: 2999 K14
       (iii) Other $ 3750.00
       Description: MFG REBATE
   (c) Unpaid balance of cash price $ 20673.20
   ...
   (e) Additional amount to pay off trade-in $ 18989.64
   (f) Loan filing or recordation fee $ N/A
   (h) Credit insurance payments $ 1665.66
   (j) Estimated service contract $ N/A
   ...

2. To insurance co. for vendors single interest coverage $ 48.33
3. To us for Huntington GAP protection plan $ N/A
4. Tax ... $ N/A
5. Tax ... $ N/A
6. To us for loan fee $ 125.00
7. Less prepaid finance charge $ 125.00
8. Amount financed (sum of 1 through 6, minus 7) $ 32408.50

Huntington GAP protection. Cost $ N/A
...

Collateral for this agreement. As collateral for this loan, you give us a security interest in the following vehicle and its accessories which you are purchasing with the loan, and in any attachments existing as of date of this loan or which you may have from 10 days after that date:

YEAR 2004 MAKE CHEVROLET TRUCK
SERIAL NO. 1GNDT13S52229347
MODEL TRAIL BLAZER
and which you use primarily for (☒) consumer (personal, family or household use) ☐ business ☐ farming purposes, and keep at

8953 DELOHAR　　　　EDINBURGH
Street address　　　　City
　　　　　　　　　　IN
　　　　　　　　　　State

You also give us a security interest in any other property described in the "Security" section of the federal disclosures, which you keep at the location disclosed above, unless otherwise noted in this agreement. You also give us a security interest in any proceeds of the collateral and in any proceeds of any insurance contracts, our fallure, miscarriage, or GAP cost, as a "bundle of any charges or premiums for any insurance policies or services in that product or otherwise not required or purchased in connection with the agreement. We agree that any other security interest which secures any also present or future debt from us does not secure this loan.

### Certificate of Insurance

Acknowledgment. If you have received a completed copy of this agreement and agree to its terms, including the additional terms on the other side of this page, please sign your name below. Each person who signs will be responsible for paying the loan in full. You also acknowledge that no employee or agent of Seller, and no one at our employees or agents have told you anything that does not agree with the terms of this document (or there are no oral agreements of any other arrangements with Seller or anyone else that affect your obligations as set forth in this document). If you have read the entire agreement on both sides of this page, including but not limited to the "Notice of limited agency" on the reverse side, and (iv) Seller has given you a copy of our Customer Information Privacy Notice. This loan is subject to final acceptance of this agreement by us at our offices in Ohio.

COSIGNERS: PLEASE READ IMPORTANT NOTICE TO COSIGNER ON REVERSE SIDE BEFORE SIGNING.

Signature: _[signed]_
Typed Name: DARREN L BUNCH
Signature: _[signed]_ Kevin Bunch
Typed Name: BETH A BUNCH